United States District Court
District of Massachusetts

Attachment 1

**JOHN IANUCCI**

v.

**BELSER LOUIS**

09 CA 12197 RWZ

Civil Action No._____

MAGISTRATE JUDGE _Sorokin_

COMPLAINT

Parties

1. The plaintiff is resident of Lowell, MA Middlesex County, Massachusetts and a citizen of the United States
2. The defendant Belser Louis is a resident of Brookine, MA and a citizen of the United States.

Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1332 because the state superior court dismissed the case based on a state law that states the guardian ad litem cannot be held liable, accountable or prosecuted in any way on his decisions.

Facts
4. Dr. Belser Louis has failed to prove the courts allegation of mental instability, I have had all the documentation from my caretakers

supporting the fact that I should be allowed to see my children (unsupervised). Last year the Guardian ad Litem found through a prior investigation that I was competent and able to see my children three times a week. After my children had left my supervision at one of our scheduled visitations, I stated to the case worker that I will write a book, promote the book by going into schools and share my experience, strength and hope and now that I am sober I might even run for President someday. Because of that statement I can no longer see my children. Experiencing the loss of the love and affection of my children has caused me to slip into a deep depression and my level of anxiety is extremely high. I am having a real hard time supporting my family. Nothing has changed except I am one more year drug and alcohol free and I believe in myself.
5. The plaintiff, John Ianucci, demands to have unsupervised visitation with the children.
6. I am seeking a forty million dollar judgement
7. The plaintiff requests a trial by jury.

Signature _____

John Ianucci
45 London St
Lowell, MA 01852
978-846-2776

# John Ianucci

January 8, 2008

My name is John Ianucci. I am seeking the office of the Presidency of the United States. I am 47 years old and was born in this country, therefore I am eligible. I have a drive, a will and motivating factors that I believe no other candidates possess. I have genuine concerns about the war in Iraq, seeing as though the mother of my children serves as a captain in the U.S. Air Force. I have two young children that have to grow up in a country where I feel is getting worse because of the illegal drug trade, that is a real problem.

My Father was a proud member of the U.S. Coast Guard and lost a son, my brother to a tragic act directly linked to drugs. I will be participating in my seventh marathon and will be running in memory of 3 co-workers tragically killed on the railroad. Also, for all the soldiers being killed in this war that is only keeping gas prices where they are, need I say more. As well as for all the police officers who have to deal with the mess that the country is in. God Bless them all. Yes I have a past, let it stay there. It is what I do today that really matters, no drugs, no smoking, go to work everyday, go to the gym, run marathons. I set a good example for children and that is how one man can make a difference. If I can think this way you can too-but it is not easy being me.

Please consider me as a write in candidate in the 2012 presidential election. Jimmy Carter was a peanut farmer. Ronald Reagan was an actor. Hey, how about a railroad worker? I will put all my trust in God and to all the public servants sworn to protect, that my loved ones will be taken care of.

Sincerely,

*[signature]*

John Ianucci

*working man's candidate*

**God Bless America, it is more like God Save America**

# Top Concerns of Ianucci

1. The scourge of drugs, especially heroin.
2. Gas Prices.
3. Get the troops out of Iraq.
4. Let's focus on this Country.
5. Let's give the Country back to the people who support it, the working class
6. Setting a good example for children

# Personal Information

1. 47 year old father of two, son 11 years old and daughter 8
2. Six time Boston Marathon finisher
3. One time New York City Marathon finisher
4. Employed at a Railroad, Commuter Line, 10 years
5. Mother of children Captain in the U.S. Air Force
6. Union Affiliated
7. Raised money for Scholarship Fund

*I will be participating in my 7th marathon (Boston) in memory of 3 co-workers killed at work, also for all the police officers who deal with the mess that the country is in. For all military personnel killed in this ~~[redacted]~~ war.*

July 15, 2009

Being fortunate enough to be born in this country, I am afforded certain inalienable rights, one being the pursuit of happiness. My pursuit of happiness entails the fact that I would like to run for President someday. Because of my pursuit, I am being kept from my children, causing me anxiety, undue stress and lack of sleep to name a few.

Someday, I would like to write a book, promote the book by sharing my experience, strength and hope at schools that are being riddled with illegal and prescribed drugs. Being sober now, the message that I have is that if you believe in yourself, keep away from drugs you can have hopes and dreams. This is what the country was founded on and once again if I am being kept from my children because of my inalienable right that is a violation of my constitutional right. Wanting to run for President someday is based on my religious and spiritual beliefs and once again if I am being alienated because of that, that is violation of my civil rights as a citizen of the United States of America. In the Constitution of the United States it reads:  you must be thirty-five years old and a natural-born citizen of this country.  I am forty-seven years old, born in this country.  Therefore I am eligible.


Sincerely,

*[signature]*

John Ianucci

March 24, 2009

To whom it may concern,

You may ask yourself how and why does John Ianucci think and believe the way he does. Well let me tell you this, when your life has been spared as many times as mine has, and when you have a faith that is as strong as your beloved fathers', that has passed on. When you put your father through the emotional torment that I put my father through, it creates guilt. It is my faith today and it's that faith that my father instilled in me that makes me believe in myself. You see that's the only thing that really matters it has taken my sobriety and eight years of discernment to realize that I can do anything that I put my mind to. How I come to this conclusion is simple, if I can overcome myself which I have. Being sober now almost four years, I know my true life story could inspire a nation that spends $38 billion in illegal drugs in Mexico alone. The state of Massachusetts has the audacity to pass legislation to decriminalize marijuana and the drug cartel out of Mexico is beheading people that are trying to stop the illegal drug trade. What a slap in the face it was to the parents of the two brothers that were shot execution style over a marijuana deal in Lowell. I would like to know how they feel about the decriminalization of marijuana in this state. Being in recovery, it becomes my obligation to share a positive message of recovery. So, basically I believe there should be more John Ianucci's in the world, people who want to step up and make a difference. I know I will be in Hopkinton April 20th, and only God knows if I will make it to Boston, I know deep in my heart I will give it my best effort, and I will keep in my heart and in my mind the memory of all those that have passed on due to alcohol and drug addiction. It is only through the grace of God that I am able to write this letter and I say with the strongest conviction that my father and mother did not raise someone that would continue a path of self-destruction. And like I have stated before when there is $38 billion being spent on illegal drugs in Mexico alone. It's no wonder the country's a mess. And it will continue until we smarten up as a nation and start setting an example for our children and doing the right thing. If anyone wants to talk personally with me they know where to find me. It doesn't take a CDL truck driver or a nut-runner operator to figure this out.

Sincerely,

*[signature]*

John Ianucci

The Working Man's Candidate

February 21, 2009

**<u>Truth Stranger Than Fiction</u>**

As a skinny little kid always bullied, always running home from school, Forest Gump. At twelve years old, started using alcohol. Lived a big lie, almost twenty years. I do not lie today. At sixteen, I established a relationship with my Higher Power. My father, suggested I pray for help and it worked. My faith is the only thing I rely on today and I use it daily one day at a time.

Having been alcohol free for almost four years (all that matters is today) and drug free since my son was around two he is now eleven, the desire to use was lifted when I taught him the Lords' prayer. As a matter of fact my son Johnny was born March 12, 1998. I had a brother James pass away March 11, 1989. My faith dictates to me that was an act of my Higher Power like it is stated in a book that I read frequently to maintain my sobriety.

I also have a daughter, Jessica she is eight years old. When I married the captain, I told five or six people that I work with, I was going to make a baby this weekend. I was married January 15, 2000. Jessica was born October 10, 2000. To say that I have been blessed is an understatement.

One day, I was running across the tracks, as a child of eight or nine years old. Thank God nobody was chasing me. I looked up at the last second I would have ran in front of a slow moving train that I did not see or hear.

When we were kids, growing up on London Street we would hop the freight train every night that would stop at the Lowell tower to pick up mail. Sometimes we would wait for the train and jump on at Lincoln Street underneath the bridge. This one time, I was trying to get on the caboose, somehow I ended up underneath the train straddling the track, and all I could see and I can still remember today were the wheels of the train coming towards me, I rolled out of the way before I was chopped in half. True story, I looked up, on the Lincoln street bridge, my mothers' friend Dotty Keith was looking down and witnessed the whole incident she told me she was going to tell my mother and I yelled back a few explicative's and ran away.

One Friday night, there was about eight or nine of us kids we had just got some beer at the package store, we were walking down the tracks when up popped officer Pauquette of the Lowell Police Department, and out of all the kids he grabbed me and my brother and called my father on the phone and told him what was going on.

When I was sixteen years old, while babysitting Robbie Tighe's children, his nephew Michael Tighe while intoxicated, placed a loaded handgun to the back of my head and pulled the trigger the gun misfired, evidently. However, the gun went off the very next time he pulled the trigger.

Now here's the thing, thirty years later, my automobiles are registered on Kennedy Drive, Chelmsford. (Get it?) On the same night, we jump in Robbie Tighe's company pick-up truck we were traveling down 495, Mickey was driving, I was sitting in the middle, Brian C sitting next to me. The vehicle tipped over near the Lowell Connector onramp ejecting Brian from the vehicle. Me and Mickey stayed inside the truck but we were both banged up pretty good. I would like to think I escaped death twice that night.

At twenty-eight years old I fell out of moving car, after drinking at the Woo-Loo Ming, at a company Christmas party. Because of that, no more Christmas parties nation-wide at Hewlett-Packard during company hours.

Another near-death experience happened at Plum Island when I jumped into the ocean while drinking, fully clothed, when I got caught in a riptide, thank God my father taught me how to swim.

Then there was this one time in front of U-Lowell, the only way to describe what happened was a divine intervention. It involved a Volkswagen Bug, and a pickup truck that suddenly crossed my path, I had no time to stop and we miraculously avoided a collision somehow.

Back to high school, would have been starting quarterback senior year, gave up college scholarship, because I was drinking, smoking pot and madly in love with the girl next door. Eight years later Brian Holloway suggests that I try-out for the New England Patriots as a walk on, I started training for this try-out, I was unable to follow through.

Did you know that I completed my fifth and sixth Boston Marathon in memory of my late father raising money for the Korean War Vets. Now the thing behind that is, the Korean War Vets did not know when my birthday was, yet when they called me on the phone to ask me to come to the Polish American Veterans Club, guess what day it fell on? My birthday.

Do you think I care what you think about me after going through all of this. See you at the Y, training for the Boston Marathon if there are any police officers that want to run t-shirt John I 2012 Working Mans Candidate. In two years I will invite Barack to Hopkinton I will bring my birth certificate, and I won't bring cigarettes. I have the inspirational story of the twenty-first century that children should hear and for anyone else struggling with alcohol or addiction problems or problems with depression.

Hey what am I doing so wrong? For once in my life, I'm actually trying to do the right thing. With absolutely no support at all. I know what I do for a living. The question is, what do I want to do with the rest of my life? Motivational Speaker and then maybe a run at the House. It is all in the Letter of Intent. Pass the good news. Good news travels slow. The world is my oyster, ask any sober police officer about step three, step eleven and step twelve. Hey, its only life,

you might as well enjoy it. After all, there should be more John Ianucci's in the world. Hopefully coming to a High School near you to share my message of inspiration with people that need to hear it.

There have been many things that have happened in my life that force me to believe in myself, yet I am totally misunderstood by most people. And my children along with myself have to suffer. My spiritual convictions far outweigh my past.

The first reaction people have when they do not understand something or someone is fear. It is better to understand than to be understood.


Sincerely,

John Ianucci

To the Voters                                                                August 15, 2007

After eight years of discernment and almost four years of sobriety, I have come to see things more clearly. In the Constitution of the United States it reads in order to be President of the U.S. you must be 35 years old and a citizen of the country. A byline to my story is things that make you go hmmm. My name is John Ianucci and I was born and raised in Lowell, MA I am 47 years old. I am employed at a railroad, I have been employed there for ten years, working as a track laborer/CDL truck driver. I am very proud of the fact that I work for an American Institution where at one time 75% of the work force of America was employed. At the present time I am working on a forty member crew that takes a coordinated effort to install welded rail up to 1600 feet in length. The first order of business is to bang off the anchors that prevent the rail from sun kinking. A sun kink occurs when in extreme heat the rail will find where the weakest point is and it will expand, and therefore warp. The next task we perform is to dismantle the stick rail this is where the nut runner is used, it is a machine that you push manually that loosens all the nuts and bolts on the rail, now you know why it is called a nut runner. It takes depending on the length of rail approximately seven hours to install. There are also fifteen machines involved all doing various tasks. One machine, a rail heater, generates heat up to 700 degrees farenheit. The purpose is to heat the rail to allow for expansion, the rail can run or stretch up to nine inches depending on the outside temperature. While working as a track man it is very important that you stay ten feet away from the machines. Three years ago we all learned a hard lesson when a co-worker was tragically killed when he was crushed between machines.

Passenger and freight trains come from all over the country. Trains don't just stop, you cannot disrupt the flow of train traffic, it is just like air traffic controllers there is a lot of stress and pressure involved and all it takes is a flick of a switch and lives can be affected, as it was as two more lives were lost, in a tragic incident two years ago.

The rail is changed out to welded rail to provide a smoother, safer ride for passengers, mostly the working class. So the next time you are talking to someone at a T-stop and they say "Ya, I work for the railroad" remember they are responsible for the safe passage of countless people daily and you never know you might be talking to a hopeful. In the morning we have to wait in order to get the track to perform our duties that is determined by the train dispatcher. Every single job on the railroad is important from trackman to foreman to conductor to engineer to train dispatcher and you cannot forget the flagman, the most important person on the job.

I am a member in good standing with the maintenance of ways union, I am also affiliated with the teamsters union. Keeping in mind the chain of events that I have experienced throughout my life, I feel compelled to share my story, hoping I can make a difference in people's lives, mostly focusing on the depressed, the alcohol and drug dependent, and the children, the future of the country.

Growing up as a young child I was always bullied, and beaten up, chased home, and always running and running and running, one day I almost ran in front of a moving train in the Lowell yard, thank God no one was chasing me that day. As a result of this trauma I suffer from depression. I have suffered with this my whole life. I turned to alcohol and cocaine to self medicate. Even though I used alcohol and drugs that did not make me a bad person. It is only through the grace of God that I was able to overcome my demons and start to change my way of life. I was a talented athlete growing up but due to depression and my substance abuse I made poor choices, which resulted in giving up a potential college football scholarship. Eight years after high school, I had another opportunity to try out with the New England Patriots as a walk on and once again my depression hampered that effort. I would have definitely made Special Teams. Four years later, my younger brother passed away on March 11, 1989. I had a son who was born March 12, 1998. Having the responsibilities of being a father I was able to stop abusing myself with drugs and alcohol after twenty years of abuse the desire to use that drug was eliminated from my life. My dad and mom worked very hard to keep things going for our family. My mother was a full time homemaker and in recent years worked at the Lowell School Department. She is now retired. My dad

worked three jobs to make ends meet, he was humble, loving, and very spiritual, he passed away eight years ago but I know where he lives today. I completed the Boston marathon in his memory raising money for the Korean War Veterans Scholarship fund. That event changed my life, I started to look at my life in retrospect. I have had a lifetime of coincidences but the thing is I don't believe in coincidences. I would like to reiterate that I do not live a lie today. I know and believe that sharing my experience, strength and hope I can make a difference in countless lives. I do have a lot to talk about. Some of my concerns are: Seeing the mother of my children serves as a captain in the U.S. Air Force I am against the war in Iraq. I support complete withdrawal of our troops. I would never put anyone in harms way unless absolutely necessary. The American people are being railroaded I do not see eye to eye on certain issues with my ex-wife. I told my children do not let anyone get in the way of your dreams. There are plenty of problems there we need to address, like gas prices the working people are forced to bear. I work for the railroad and sometimes I travel 100 miles a day. Another top concern will be the illegal drug trade, my father was a proud member of the U.S. Coast Guard, and one of their primary missions is drug interdiction. The real form of terrorism that is ripping apart the moral fabric of the nation is the illegal drugs situation that is only getting worse, seeing as I have two young children and a niece and two nephews that I would not like to see to get caught up in the throngs of addiction. Like I said before it is only through the grace of God that I was able to break that addiction. You see in order to keep what I have it is my obligation to share a positive message of recovery. Another fact if I were still living the life I used to I would not be entertaining the thoughts, ideas and beliefs that I harbor today. Amen to that! I have legitimate concerns about the disfunctionality of the country which is directly linked to drugs. It's what does John do to think he can become President? First of all, I do not drink alcohol, I do not do drugs, I go to work everyday, I go to the gym, I run marathons, I bring my children to church, I do not smoke, I set a good example for children. Yes, I have a past but let it stay there, it is what I do today that matters. Unlike other candidates who love to babble, especially Hillary what kind of integrity does she have allowing her husband to act the way he did and then as a nation we hero worship him. No wonder this country is a mess, and our children are confused,

especially teenage girls. I know my ex-wife would never accept that kind of behavior she is a woman of honor, dignity and respect. Remembering she is an officer in the military and would not have married me, if I were not the same. It is just the unfortunate fact that we have grown apart like 65% of marriages today.

It is nice to know that I am not part of the problem today, I am part of the solution. I am trying to have a positive outlook. As I trudge the road of sobriety I am beginning to see things more clearly now, as a matter of fact I do not understand anything, I over stand it. The reason why I am writing this letter is to ask for you to consider me as a write-in candidate for the presidential election in 2012. Let's get a person who can identify with the real issues of the country, hey if John accomplishes his dream then you can too, and that is the real message here. But you have to do what John does and it isn't easy being me. I know your wondering how a 47 year-old with no political background has the ability to run the country. Well, that is easy to answer, I will surround myself with people that have the ability to run the country afterall, you are only as successful as the people you surround yourself with. I am just somebody out to prove a point. That is how one man can make a difference. After all, who else is there to vote for? Seeing I am a man from working class roots I will strive to create jobs for the working class, the backbone of America. Keeping a focus on the rail system it is imperative to improve, build railroad transportation and it is not because I am a railroader. Why is it that Europe has a high speed train that can travel 285 miles per hour and with all of our technology, why is that not happening here? Yet, railroad corporations struggle to get funding every year. We need to free up our nations highways so teamsters can deliver their goods and it is not that is I am affiliated with the teamsters, I am just sick and tired of waiting in traffic to and from work. The main objective will be to get the cars off the road, reducing congestion, therefore, reducing global warming. We need to start thinking about our children. We need to build more t-stops to accommodate more passengers. It is time to clean house. I want to ensure that the children do not get caught up like I did, I do understand the illness I was there it seems to me that the country needs treatment. Another thing that I would like to address is, I do not have the money that other candidates have, that is just the point. I do not honor money,

never have and never will. I have always received what I needed. "You cannot honor God and money" Mathew Chapter 6:22-34

In closing, I would like to say that as long as I continue to do what I have been doing, trying to do the next right thing, setting an example for children. I believe someday I will achieve my goal. Like I have said before, it is not about becoming President, it is about how I live my life today that makes me think that, hoping to leave my past where it belongs. When I make it to my destination I will not forget where I come from, schedule permitting, I will return yearly to install ties and to lay rail to send a message that if you believe in God, believe in yourself, that all things are possible. It seems to me that the kid that never made it to the NFL is emerging as another type of leader. Now let's lay some rail, and heads up HOT IRON!

Sincerely,
The Working Man's Candidate
John Ianucci

*[signature: John I.]*

P.S. only in America
    Jimmy Carter was a Peanut Farmer
    Ronald Reagan was an Actor
    Hey what about a railroad worker


I wish it were true that I could speak my mind without retribution.

November 23, 2007

Your Honor,

There is nothing wrong with having goals and dreams. I make the statement I want to run for President someday. I am only 47 years old, what is so wrong. I am now sober four years, cocaine free for eight years. This is what sobriety has done for me. Because I am drug and alcohol free I believe anything is possible, I might even run for President someday. What is the problem? That is how one man can make a difference, this country is a mess right now. It needs treatment. It is not about being President, it is about what does John Ianucci do to think he can become President. If I was still drinking and doing cocaine the only thing I would be thinking about is that. Now that I am sober are you telling me that I cannot have hopes and dreams? That is not right! ~~~~~~~ I~~~~~~~~~ This country needs more John Ianucci's in it.

No alcohol √
No drugs √
Go to the gym √
Go to work everyday √(except to answer frivolous court issues)
Do not smoke √
Bring my children to church √
Set a good example √

Sincerely,

*John I.*

John Ianucci



# Billerica Counseling Center

November 3, 2009

Presiding Judge
Boston Federal Court
Boston, Ma.

Re: John Ianucci (SSN: 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)

This is to confirm that Mr. Ianucci is currently in ongoing outpatient psychotherapy with me and has been for the 1.5 years. I would like to take this opportunity to clarify and important issue before the court. It is my opinion that Mr. Ianucci is viewed unfavorably by the court as a possible danger to his children.

This unfavorable viewpoint is based on two sources of information that are not relevant at this time. Mr. Ianucci has been clean and sober for the past 3+ years. When he had been drinking his self control was compromised and he acted on his anger. This is not to say that he is currently devoid of feeling, but, that he will not act out and harm people if he gets angry at this time. Secondly, I believe Mr. Ianucci has been considered, by others, to be delusional because he would like to run for president of the United States. Granted, the likelihood of this mission is miniscule however, it is not based on delusion, (i.e., he is not psychotic). He holds up this aspiration to run for the presidency as an example to younger people (through talks he makes in schools) that if you are clean and sober than you can do anything; even run for president.

I do not consider Mr. Ianucci to be a threat to himself or others.

Thank you for attention to this matter. I will continue to apprise you of his commitment to therapy.

Respectfully,

William Douglas Gammon, Ph.D.
Licensed Psychologist # 2402

572 Boston Road - Suite 14 - Billerica, MA 01821 Email: dgamm0n@verizon.net
Phone 781-696-2070; Fax: (978) 608-4102; Web: Billericacounselingcenter.com

The target behaviors include the following:

1. Inappropriate comments to the minor children and their peer and peer family networks within the minor children's living environments, as identified by the visitation monitors/ supervisors. These include any statements made by John Ianucci concerning his Campaign for President and Quest to be a Drug Education Public Speaker to Children/Adolescents.

2. Interpersonal Boundary Violations that do not respect the privacy rights of Patricia Ianucci and her peer networks, the minor children, their peers and peer family networks, as identified by the visitation monitors/supervisors. These violations include unwanted encounters and communications purposely initiated by John Ianucci towards the aforementioned identified individuals.

3. Any non-compliance with mental health counseling and medication treatment program, as identified by the treating mental health professionals.

4. Violations of conduct during the visitations, as identified by the visitation monitors and/or supervisors.

December 23, 2008

**Chief Transportation Officer**
MBTA Commuter Rail Chief
45 High Street, 9th Floor, Boston, MA 02110

To Whom It May Concern:

I am writing this letter to inform you of an incident that happened to me on the Haverhill commuter line rail on the evening of December 19, 2008. Because the weather was predicted to be bad with heavy snow that day, I decided to take public transportation into town instead of driving.

On my way home on the 4:20 p.m. Haverhill commuter train, I was supposed to get off at the North Wilmington stop. The commuter T personnel were very inconsistent on this particular trip in announcing the stops that the train made. Because I was not a regular rider, and also for the fact that it was dark at 4:30 p.m. making it hard to see any landmarks to help me to know where I was, I missed my stop. I only realized that I missed my stop after overhearing someone mention the next stop being Balardvale. After asking another passenger if it were indeed the Balardvale stop, and being told yes, I decided to get off the train in order to try and get the return train coming back into Boston because I had someone waiting to pick me up in North Wilmington (my boyfriend). My boyfriend could not be reached by phone and he continued to wait, thinking I may be on a different train since I did not get off on the train that I told him I would. I could not get a return train from Balardvale because there was not a return train to Boston through North Wilmington until after 6 pm. However there were people waiting on the platform at Balardvale for a train to Boston (being switched through Woburn) that was over ½ hour late due to switching problems. Seeing these people waiting for a late train made me realize that I was not going to be able to get a return train no matter the time due to delays. I called home on my cell phone and left a message that I missed my stop and that I was at Balardvale. After asking multiple people waiting at Balardvale how I could direct someone to Balardvale to pick me up, I could not get clear directions to relay to my boyfriend who would have had to navigate on unknown streets in a snowstorm.

It happened that there were maintenance workers coming into Balardvale and one of them after hearing my story, offered to drive me to Andover (a lifesaver if ever there was one – his name was Ianucci). I was able to meet my boyfriend in Andover and get a ride home.

From: 617 222 5841    Page: 2/8    Date: 1/8/2009 11:45:26 AM

I am thankful that there was a three-sided shelter at the Balardvale stop as the snow continued to snow until later that night. I am also heartfully thankful for this kind man who gave me a ride even though he said he could get in trouble for doing so....I believe he should get a medal for what he did for me. I waited in the T shelter at Balardvale for over 1-1/2 hours waiting to find a way to go home. I am writing this letter to let you know that this could have been avoided. In the future personnel on the train need to announce the stops especially during snow emergencies and at night such as this one. I had the *toasty toes* (chemical foot warmers) in my bag otherwise my feet would have frozen as all the stores/restaurants in this remote area were shutting up at this time.

Sincerely,

*Maryann Faulkingham* (signature)
Maryann Faulkingham
20 Evergreen Road
No. Reading, MA 01864

P.S. I was on the 2nd to last train

From: 617 222 5841   Page: 3/8   Date: 1/8/2009 11:45:26 AM